# CRIMINAL COURTROOM MINUTE SHEET
## INITIAL APPEARANCE AFTER CRIMINAL COMPLAINT / INFORMATION

**DATE:** 3/4/2013 **CASE:** M-13-93-P

**TIME IN COURT:** 15 mins **COURTROOM:** 201

**MAGISTRATE JUDGE GARY M. PURCELL** **COURTROOM DEPUTY BONNIE SIMPSON**

**UNITED STATES OF AMERICA vs. JOHN HARVEY**

Defendant States true and correct name as: John Robert Harvey **AGE:** 25

**Government Cnsl:** EDWARD J. KUMIEGA **Defendant Cnsl:** BOB WYATT

**U.S. Probation Officer:** Dixie Becktold  Retained

☒ Defendant Appears, custody of U.S. Marshal with Counsel **Interpreter:**

☒ Defendant advised of his / her right of consular notification, N/A

☒ Defendant informed of his / her right to retain counsel or to request that counsel be appointed if he / she cannot afford to obtain counsel.

☒ Defendant informed that he/she is not required to make a statement and that any statement made by him/her may be used against him/her.

☒ Court inquires of Government regarding notification of victim(s) under Justice for All Act.

☒ Government recommends defendant be released on Bond

☐ Government recommends defendant be detained based on

☐ Government

  ☐ Upon motion of the Government and request for continuance by

  ☐ Detention Hearing is set for

☐ Defendant waives right to Detention hearing. Waiver of Detention hearing and consent to Order of Detention pending further proceeding entered. Order of Detention entered.

☐ Defendant requests the Detention hearing be postponed at this time reserving the right to request a hearing at a later date should defendant's circumstances change.

☒ Defendant informed of his / her right to a Preliminary hearing.

  ☒ Preliminary hearing waived. Written waiver entered.

  ☐ Preliminary hearing set for

  ☐ Preliminary and Detention hearing set for

## The Court Orders:

☐ The Court finds good cause to exceed the 3 and 5 day time limits provided by the Bail Reform Act. A detention hearing will not be held at this time based upon Defendant's circumstances. Should defendant's circumstances change, a detention hearing will be promptly held upon request of either party.

☐ Defendant temporarily detained pending Detention hearing. Written Order entered. Defendant remanded to custody of USM.

☐ Defendant released on previously posted bond with conditions per Release Order.

☒ Unsecured Bond set at $5,000 with conditions per Release Order.

☐ Secured Bond set at with conditions per Release Order as the Court finds that the release of the Defendant on a personal recognizance bond or unsecured appearance bond would not reasonably assure his / her appearance in court and the safety of the community.

☒ Defendant remanded to the custody of USM pending execution of bond.

☐ Defendant remanded to the custody of USM.