# UNITED STATES DISTRICT COURT
for the

WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: M-13-93-P |
| John Robert Harvey ) | |

## ARREST WARRANT

To: any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay **JOHN ROBERT HARVEY,** who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  **X** Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

<u>Count 1</u> - Possession of an unregistered machinegun, in violation of Title 18, United States Code, Section 822(o).

Date: 3/4/13

*Issuing officer's signature*

City and State: Oklahoma City, Oklahoma

GARY M. PURCELL, United States Magistrate Judge
*Printed name and title*

### Return

This warrant was received on (date) 3-4-13, and the person was arrested on (date) 3-1-13
at (city and state) Blackwell, OK.

Date: 3-4-13

*Arresting officer's signature*

Pablo Pinzon  TFO ATF
*Printed name and title*